UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------------x

**STACIE MERCHANT,**

**4:16-cv-3188**

**Plaintiff,**     **JURY**

-against-

**NATIONAL MANAGEMENT RECOVERY CORP.,**

**Defendants.**

---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), the plaintiff Stacie Merchant hereby voluntarily dismisses this action.

Dated: December 27, 2016               Respectfully submitted,

s/ Sameer S. Birring
Sameer S. Birring
*Attorney-in-Charge for Plaintiff*
Birring Law Firm, P.C.
43 West 43rd Street, Suite 134
New York, NY 10036
Tel: (646) 801-2712
Fax: (646) 798-0110
sameer@birringlaw.com
Texas State Bar Number 24087169
Southern District Federal ID Number 2905319

1

**CERTIFICATE OF SERVICE**

This is to certify that on this 27h day of December, 2016, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case. I have also caused a copy of this to be sent via certified mail, electronic return receipt requested, to the defendant National Management Recovery Corp. at the following address:

>National Management Recovery Corp.
>5571 N University Drive, #204
>Coral Springs, FL 33067

>s/ Sameer S. Birring
>Sameer S. Birring
>*Attorney-in-Charge for Plaintiff*
>Birring Law Firm, P.C.
>43 West 43rd Street, Suite 134
>New York, NY 10036
>Tel: (646) 801-2712
>Fax: (646) 798-0110
>sameer@birringlaw.com
>Texas State Bar Number 24087169
>Southern District Federal ID Number 2905319