United States District Court
Southern District of Texas
**ENTERED**
December 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STACIE MERCHANT, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3188 |
| | § | |
| NATIONAL MANAGEMENT | § | |
| RECOVERY CORP., | § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

Having been informed that the parties have resolved their dispute, it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of Plaintiff's claims if any party represents to the Court on or before **January 30, 2017**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **27th** day of **December, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\3188Conditional.wpd   161227.1447